UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BARBARA MARIE ANDINO,
    Plaintiff,

vs.                                          Case No.: 3:24cv437-TKW/ZCB

HENDERSON BEACH RESORT
AIMBRIDGE HOSPITALITY,
    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff's motion for default judgement is premature. Accordingly, it is

**ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Plaintiff's motion for default judgment (Doc. 8) is **DENIED**.

3.     This case is returned to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 30th day of December, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**